```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

        v.        Civil No. 05-50021

**LAWRENCE HAMPTON**                                                      DEFENDANT

**O R D E R**

Now on this 9th day of November, 2010, come on for consideration plaintiff's **Motion To Withdraw Petition** (document #34) and the **Magistrate Judge's Report And Recommendation** (document #35), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's **Motion To Withdraw Petition** (document #34) is **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE